UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES ANTHONY BROOKS,

Petitioner,

v.

RONALD DAVIS,

Respondent.

Case No. 15-cv-04877-RS (PR)

**ORDER OF DISMISSAL**

Petitioner has not complied with the Court's order to file a response (Dkt. No. 25). Consequently, this federal habeas action is DISMISSED without prejudice for failure to comply with the Court's order and under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Because this dismissal is without prejudice, petitioner may move to reopen. Any such motion must contain a response that complies in all respects with the Court's prior order (Dkt. No. 25). The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** January 10, 2018

_____
RICHARD SEEBORG
United States District Judge